UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80831-CIV-HURLEY/HOPKINS

MARGARET WEISS, IRENA WEISS
and FELIX REYES,

    plaintiffs,

vs.

BETHESDA HEALTH, INC. and
BETHESDA HOSPITAL EAST,

    defendants.
_____/

## ORDER OF CLOSE-OUT

**THIS CAUSE** in this ADA action is before the Court upon the parties' joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 [DE 75], which pursuant to *Anago Franchising Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case with prejudice upon filing. It is accordingly **ORDERED AND ADJUDGED**:

1. As this case has now effectively been dismissed by voluntary notice of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT**.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 10 day of November, 2016.

                                      Daniel T. K. Hurley
                                      United States District Judge

cc. All counsel